**Order entered July 16, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00160-CV**

**IN RE  BRIDGET PARSON A/K/A BRIDGET BROWN PARSON, Relator**

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01563**

**ORDER**
Before Justices Molberg, Reichek, and Smith

Relator has filed a notice stating that she has filed for bankruptcy in the United States Bankruptcy Court. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed.  *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED**. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court.  *See* TEX. R. APP. P. 8.3.

/s/     AMANDA L. REICHEK
JUSTICE